**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JUSTINE FERREIRA, individually and as parent
and natural guardian of N.R.,

                                Plaintiff,                      19 **CIVIL** 2937 (JMF)

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                                Defendant.
-----------------------------------------------------------X
JUSTINE FERREIRA, individually and as parent
and natural guardian of N.R.,

                                Plaintiff,                      19 **CIVIL** 8519 (JMF)

                        -against-                                    **JUDGMENT**

RICHARD CARRANZA, et al.,

                                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 2, 2020, Plaintiff's motions for summary judgment and preliminary injunction are denied, and the DOE's cross-motion for summary judgment and the SED's motion to dismiss are granted; in addition, the Court grants summary judgment sua sponte to the DOE in case No. 19-CV-8519, despite the absence of a formal cross-motion; accordingly, both cases are closed.

**Dated:** New York, New York
           March 3, 2020

                                                                     RUBY J. KRAJICK
                                                                      Clerk of Court
                                                    **BY:**
                                                                        **Deputy Clerk**

                                                                    THIS DOCUMENT WAS ENTERED
                                                                    ON THE DOCKET ON 3/3/20